

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:         Virginia Sosa v. Auto Club Indemnity Co.

Appellate case numbers:   01-21-00312-CV

Trial court case number:    1161202

Trial court:                        County Civil Court at Law No. 3 of Harris County

The en banc court has unanimously voted to deny the motion for en banc reconsideration filed by appellant Virginia Sosa. It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature:   /s/  April L. Farris
                              Acting for the En Banc Court

En banc court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  December 15, 2022